IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02549-RPM

BENDRIX CORPORATION,

    Plaintiff,

v.

AVIATION TECHNOLOGY GROUP, INC.,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

On May 27, 2008, defendant filed a Suggestion of Bankruptcy. Nothing further has been filed with the court. It is now

ORDERED that on or before February 13, 2009, the parties shall file a status report.

DATED: February 3rd, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge