IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02549-RPM

BENDRIX CORPORATION,

    Plaintiff,

v.

AVIATION TECHNOLOGY GROUP, INC.,

    Defendant.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

Upon consideration of Plaintiff's Response to Order to Show Cause entered by this Court on February 12, 2009, it is

ORDERED that the complaint is dismissed without prejudice.

DATED: March 2nd, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge